**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:     Yogurt Culture, Inc. and Michelle Anderssen v. Shannon A. Lang, PLLC

Appellate case number:   01-19-00414-CV

Trial court case number:  1103656

Trial court:             County Civil Court at Law No. 1 of Harris County

Michelle Anderssen has filed in this Court a document entitled "Statement of Inability to Afford Court Costs." Although this document appears to contain much of the information required to be included in the approved form, it is not in compliance with Rules 145 and 20.1. *See* TEX. R. CIV. P. 145(a); TEX. R. APP. P. 20.1(a).

Fees charged for preparation of the appellate record are governed by Rule 145. *See* TEX. R. CIV. P. 145(a). This rule requires the filing of a Statement of Inability to Afford Payment of Court Costs (form attached to this order). *See id.* (party who files Statement of Inability cannot be required to pay costs except by order of the trial court). The filing of this same form is required if appellant is unable to afford the appellate filing fees. *See* TEX. R. APP. P. 20.1(a),(b) (party who filed statement of inability in trial court is not required to pay appellate court costs unless trial court overruled that party's claim of indigence in an order under Rule 145).

Accordingly, Anderssen shall file **in the trial court**, within **30 days of the date of this order**, the Statement of Inability to Afford Payment of Court Costs in the attached form prescribed by the Supreme Court of Texas. *See* TEX. R. APP. P. 145. Anderssen shall advise this Court when she has complied with this order.

It is so ORDERED.

Judge's signature: ____Justice Peter Kelly_____
                    ☒ Acting individually    ☐ Acting for the Court

Date:  __July 2, 2019____